```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

------------------------------------------------------x
JACQUELINE SMITH,
individually and on behalf of a class,

        Plaintiff,

v.

ALLIED INTERSTATE, INC.,

        Defendant.
------------------------------------------------------x

08 CIV. 6986 (HB) (HP)
Judge Baer

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Daniel A. Edelman, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

SO ORDERED:

_____
Honorable Judge Baer

DATED: _____, 2008.

**Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.**

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 8/15/08